FILED

05/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0357

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0357

_____

CASCADE COUNTY,

     Plaintiff and Appellant,

   v.

MONTANA PETROLEUM TANK RELEASE
COMPENSATION BOARD,

     Defendant and Appellee.

_____

O R D E R

Upon consideration of Appellant's motion for extension of time to file its reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until June 34, 2022, within which to file it's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 24 2022